UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| PAMELA COLEMAN, individually, and on behalf of all others similarly situated.<br><br>Plaintiff,<br><br>v.<br><br>CIRCUS CIRCUS CASINOS, INC., et al.,<br><br>Defendants. | 2:04-CV-00747-PMP-GWF<br><br>O R D E R |

Before the Court for consideration are the Findings and Recommendations (#139 and #145) of Magistrate Judge George Foley, Jr., regarding Defendants' Motion to Dismiss Rudolph Puckett and Edward Andalia's Claims with Prejudice and for Attorneys' Fees and Costs (#129). No Objections to Magistrate Judge Foley's Findings and Recommendations were filed in accord with Local Rule IB 3-2.

The Court has conducted a <u>de novo</u> review of the record in this case in accordance with 28 U.S.C. § 636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that the Findings and Recommendations of the United States Magistrate Judge should be affirmed.

IT IS THEREFORE ORDERED that Magistrate Judge Foley's Findings and Recommendations (#139 and #145) are affirmed, and Defendants' Motion to Dismiss Rudolph Puckett and Edward Andalia's Claims (#129) is granted to the extent that Plaintiffs

\\\

Puckett and Andalia's claims are dismissed with prejudice with each party to bear their own fees and costs.

DATED: October 27, 2006

_____
PHILIP M. PRO
Chief United States District Judge