1

2

3

4          UNITED STATES DISTRICT COURT

5          DISTRICT OF NEVADA

6          * * *

7   PAMELA COLEMAN,                    )
                                       )
8                    Plaintiff,        )        CV-S-04-0747-PMP (GWF)
                                       )
9   v.                                 )
                                       )
10  CIRCUS CIRCUS CASINOS, INC., etc., )        O R D E R
    et al.,                            )
11                                     )
                     Defendants.       )
12  _____)

13          Before the Court for consideration is the Order and Findings and

14  Recommendations (#163) of Magistrate Judge George Foley, Jr., regarding Defendants'

15  Motion to Compel Depositions of Teri Arenas, Peter Kilkenny and Roger Miller, or in the

16  alternative, Motion to Dismiss Teri Arenas', Peter Kilkenny's and Roger Miller's Claims

17  with Prejudice (#149).   No Objections to Magistrate Judge Foley's Order and Findings and

18  Recommendations were filed by Defendants in accord with Local Rule

19  IB 3-1.

20          The Court has conducted a de novo review of the record in this case in

21  accordance with 28 U.S.C. § 636(b)(1)(A) and LR IB 3-1 and determines that the Order of

22  the United States Magistrate Judge is not clearly erroneous or contrary to law and the

23  Findings & Recommendations should be affirmed.

24          IT IS THEREFORE ORDERED that Magistrate Judge Foley's Order and

25  Findings and Recommendations entered December 26, 2006 (#163) are affirmed, and

26  Defendants' Motion to Compel Depositions (#149) is granted to the extent that Plaintiffs

1   Teri Arenas, Peter Kilkenny and Roger Miller shall appear for their depositions on January

2   11, 2007.  Failure to do so without good cause, may result in the dismissal with prejudice

3   and the imposition of monetary sanctions.

4

5   DATED:  January 18, 2007

6

7   _____

8   PHILIP M. PRO
    United States District Judge